UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT O'HARA,          )    No. CV 15-3566 FFM
           )
      Plaintiff,    )
           )    JUDGMENT
     v.        )
           )
CAROLYN W. COLVIN, Acting  )
Commissioner of Social Security  )
Administration,         )
           )
     Defendant.  )
           )

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.


DATED: September 28, 2016

                          /S/FREDERICK F. MUMM
                            FREDERICK F. MUMM
                    United States Magistrate Judge